T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702-385-3850
Fax: 702-385-3855
Email: louis@palazzolawfirm.com
**Attorney Pro Hac Vice for Defendant**
   *Sonny Moore*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   3-13-70019 MAG JSC |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER REGARDING HOME CONFINEMENT AND ELECTRONIC MONITORING DEVICE** |
| SONNY MOORE *et al.* | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between T. LOUIS PALAZZO, ESQ, of PALAZZO LAW FIRM, A PROFESSIONAL LAW CORPORATION, counsel for SONNY MOORE, and ADAM L. WRIGHT, ASSISTANT UNITED STATES ATTORNEY, counsel for the UNITED STATES OF AMERICA, that Special Condition Nos. 13 and 14 regarding home confinement and electronic monitoring of Mr. Moore be terminated.

DATED this 20th day of May, 2013.                    DATED this 20th day of May, 2013.

/s/ T. Louis Palazzo                                             /s/ Adam L. Wright
T. LOUIS PALAZZO, ESQ.                                 ADAM L. WRIGHT, AUSA
**Attorney Pro Hac Vice for Defendant**              *Attorney for Plaintiff*
   *Sonny Moore*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>SONNY MOORE *et al.*<br><br>                Defendants. | CASE NO.: 3-13-70019 MAG JSC<br><br>[PROPOSED] ORDER REGARDING HOME CONFINEMENT AND ELECTRONIC MONITORING DEVICE |

Based upon the Stipulation of the parties,

**IT IS HEREBY ORDERED** that Special Condition Nos. 13 and 14 regarding home confinement and electronic monitoring of Defendant Moore are terminated.

DATED ___28th___ day of ___May___, 2013.

_/s/_

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION


/s/ T. Louis Palazzo
_____
T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
520 South Fourth Street
Las Vegas, Nevada 89101
***Attorney Pro Hac Vice for Defendant***
   ***Sonny Moore***